# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CORTNEY ANDERSON, <br><br> Plaintiff, <br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC; <br><br> Defendants. | Case No. 6:20-cv-00330 <br><br> **NOTICE OF SETTLMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

NOTICE IS HEREBY GIVEN that Plaintiff Cortney Anderson and Defendant Equifax Information Services, LLC ("Equifax") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice as to Equifax only within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Equifax only. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

Dated: September 23, 2020

Respectfully submitted,

**PRICE LAW GROUP, APC**
By: */s/Lisbeth Findsen*
Lisbeth Findsen (AZ: 023205)
Price Law Group, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5575
F: (818) 600-5475
E: beth@pricelawgroup.com
*Attorney for Plaintiff*
*Cortney Anderson*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Trisha Scacchitti*