UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
―――――
No. 6:20-cv-00330
―――――

**Cortney Anderson,**
*Plaintiff,*

v.

**Equifax Information Services, LLC, and Trans Union, LLC,**
*Defendants.*
―――――

### ORDER

On October 15, 2020, the parties filed a document purporting to be a stipulation of dismissal as to defendant Equifax Information Services, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 21. However, because that document was not "signed by all parties who have appeared," it does not comply with the rule. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the court construes that document as a motion made under Rule 41(a)(2).

The court finds the terms of dismissal proper and **grants** the motion. The above-numbered case is **dismissed with prejudice**. Any pending motions are **denied as moot**. The clerk of court is **directed** to close the case.

*So ordered by the court on October 15, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge